IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0258

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOSHUA PAUL SCARBOROUGH,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including July 4, 2020, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 28 2020